David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, CA 94941
Telephone: 415.388.8788
Facsimile: 415.388.8770
dsh@northbaylawgroup.com

Attorneys for Plaintiff
STEWART BROTHERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART BROTHERS, INC., an Oregon corporation doing business as Columbia Gorge Organic,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL CHOICE DISTRIBUTION COMPANY, INC., a California Corporation<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No. CV 10 3255 SC<br><br>**STIPULATION FOR DISMISSAL**<br><br>Judge:   The Honorable Samuel Conti |

1  Plaintiff/Counter-defendant Stewart Brothers, Inc., on the one hand, and
2  Defendant/Counter-claimant Natural Choice Distribution Company, Inc., on the other hand,
3  hereby stipulate to the immediate dismissal with prejudice of all claims in the above-entitled
4  action. Each party is to bear its own fees and costs.

6  **IT IS SO STIPULATED.**

8  DATED: January 25, 2011                NORTH BAY LAW GROUP

                                          _____
                                          David S. Harris
                                          *Attorney for Plaintiff/*
                                          *Counter-defendant*

   DATED: 2/7/2011 ~~January~~ , 2011     MBV LAW LLP

                                          _____
                                          Dwight C. Donovan
                                          *Attorney for Defendant/*
                                          *Counter-claimant*

20 **IT IS SO ORDERED.**
        2/7/11
22 DATED: ~~January~~ , ~~2011~~

                                          _____
                                          Honorable [IT IS SO ORDERED / Judge Samuel Conti]
                                          United States District Court Judge

2
STIPULATION FOR DISMISSAL